OPINION — AG — SUCH " TYPISTS, STENOGRAPHERS, ETC., " ARE EMPLOYEES OF THE JUSTICE OF THE PEACE RATHER THAN THE COUNTY AND THEREFORE ARE NOT COVERED IN THE OFFICIAL AGREEMENT BETWEEN THE OKLAHOMA PUBLIC WELFARE COMMISSION AND THE COUNTY FOR OLD AGE AND SURVIVORS INSURANCE COVERAGE OF EMPLOYEES OF THE COUNTY. CITE: 39 O.S. 1961 5 [39-5] 51 O.S. 1961 121 [51-121], 51 O.S. 1961 125 [51-125], 39 O.S. 1961 15 [39-15], 39 O.S. 1961 9 [39-9] [39-9] (CHARLES OWENS)